IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01923-MJW

SYDNEY A. ALLEN, *f/k/a Sydney A. Seigneur*,

Plaintiff,

v.

HCA HOLDINGS, INC., *a/k/a HCA d/b/a HCA-Hospital Corporation of America d/b/a Hospital Corporation of America, a Delaware for-profit corporation*,
HCA INC.,
HCA HEALTH AND WELFARE BENEFITS PLAN, *a/k/a HCA INC. Health and Welfare Benefits Plan, a/k/a HealthONE/HCA'S Health Benefit Plan*,
CNIC HEALTH SOLUTIONS, INC., *a Colorado corporation in good standing, d/b/a HCA Rocky Mountain CNIC, d/b/a CNIC Health Solutions*, and
ROCKY MOUNTAIN HEALTH PLANS TPA, *a/k/a Rocky Mountain Health Plan/CNIC Health Solutions a/k/a RMHP/CNIC Solutions*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion to Amend Her Complaint (Docket No. 33) is GRANTED, finding that the motion is unopposed and that leave to amend shall be freely given under Fed. R. Civ. P. 15(a)(2);

- The proposed Amended Complaint (Docket No. 33-1, with Docket Nos. 33-2 and 33-3 as exhibits thereto) is ACCEPTED FOR FILING; and

- The HCA Defendants' Motion to Dismiss (Docket No. 15) is DENIED AS MOOT because it is directed to an inoperative and superseded pleading, *see, e.g.*, *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted); *Brunet v. Quiznos*, 2008 WL 4380590 (D. Colo. Sept. 24, 2008).

Date: November 16, 2015