IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01923-MJW

SYDNEY A. ALLEN, *f/k/a Sydney A. Seigneur*,

Plaintiff,

v.

HCA HEALTH AND WELFARE BENEFITS PLAN, *and*
HCA BENEFIT APPEALS COMMITTEE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the parties' stipulation (Docket No. 52), it is hereby ORDERED that:

- Defendants' Motion for Partial Dismissal of Amended Complaint (Docket No. 41) is WITHDRAWN; and

- Plaintiff's Second Claim for Relief is DISMISSED with prejudice.

Date: January 19, 2016