IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01923-MJW

SYDNEY A. ALLEN, *f/k/a Sydney A. Seigneur*,

Plaintiff,

v.

HCA HEALTH AND WELFARE BENEFITS PLAN, *and*
HCA BENEFIT APPEALS COMMITTEE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 54) is GRANTED;

- The Scheduling Order (Docket No. 39) is AMENDED such that the deadline to file a motion requesting that the record be supplemented is VACATED; and

- The parties SHALL FILE, jointly or separately, their positions on new dates for the remaining deadlines in this case on or before March 21, 2016.

Date: March 17, 2016